**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an
amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Pedro**<br>First name<br><br>**Felipe**<br>Middle name<br><br>**Valdes**<br>Last name and Suffix (Sr., Jr., II, III) | **Ana**<br>First name<br><br>**Maria**<br>Middle name<br><br>**Aldana**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1404 | xxx-xx-9718 |

| Debtor 1 | **Pedro Felipe Valdes** |
|---|---|
| Debtor 2 | **Ana Maria Aldana** |

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **14531 Old Mill Rd**<br>**Centreville, VA 20121**<br>Number, Street, City, State & ZIP Code<br><br>**Fairfax**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

| | |
|---|---|
| Debtor 1 | **Pedro Felipe Valdes** |
| Debtor 2 | **Ana Maria Aldana** |

Case number *(if known)* _____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| Debtor | **Artifact, LLC** | Relationship to you | **Related LLC** |
|---|---|---|---|
| District | **Eastern District of Virginia, Alexandria Division** | When **9/28/18** | Case number, if known **18-13290** |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known _____ |

---

**11. Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Pedro Felipe Valdes** |
|---|---|
| Debtor 2 | **Ana Maria Aldana** |

Case number *(if known)* _____

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1     **Pedro Felipe Valdes**
Debtor 2     **Ana Maria Aldana**

Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Pedro Felipe Valdes**
Debtor 2    **Ana Maria Aldana**                                    Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No.    I am not filing under Chapter 7. Go to line 18.

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Pedro Felipe Valdes** | **/s/ Ana Maria Aldana** |
|---|---|
| **Pedro Felipe Valdes** | **Ana Maria Aldana** |
| Signature of Debtor 1 | Signature of Debtor 2 |

Executed on  **September 28, 2018**        Executed on  **September 28, 2018**
MM / DD / YYYY                              MM / DD / YYYY

| Debtor 1 | **Pedro Felipe Valdes** | | |
|---|---|---|---|
| Debtor 2 | **Ana Maria Aldana** | | Case number *(if known)* |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Kevin M. O'Donnell**                    Date    **September 28, 2018**

Signature of Attorney for Debtor                                    MM / DD / YYYY

**Kevin M. O'Donnell 30086**

Printed name

**Henry & O'Donnell, PC**

Firm name

**300 N. Washington Street**
**Suite 204**
**Alexandria, VA 22314**

Number, Street, City, State & ZIP Code

Contact phone    **(703)548-2100**                    Email address    **kmo@henrylaw.com**

**30086 VA**

Bar number & State

Certificate Number: 03621-VAE-CC-031620199



03621-VAE-CC-031620199

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 15, 2018, at 3:17 o'clock PM EDT, Ana M Aldana received from Credit Card Management Services, Inc. d/b/a Debthelper.com, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Virginia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   September 15, 2018            By:     /s/Wafaa Elmaaroufi

                                      Name:   Wafaa Elmaaroufi

                                      Title:  Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 03621-VAE-CC-031620198



03621-VAE-CC-031620198

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 15, 2018, at 3:17 o'clock PM EDT, Pedro F Valdes received from Credit Card Management Services, Inc. d/b/a Debthelper.com, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Virginia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:    September 15, 2018                By:    /s/Wafaa Elmaaroufi

                                           Name:   Wafaa Elmaaroufi

                                           Title:   Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Pedro Felipe Valdes** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ana Maria Aldana** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     EASTERN DISTRICT OF VIRGINIA

Case number
(if known)     _____

☐ Check if this is an
   amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets** Value of what you own |
|---|---|

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.......................................................    $    **905,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B..............................................    $    **34,268.69**

   1c. Copy line 63, Total of all property on Schedule A/B.......................................................    $    **939,268.69**

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities** Amount you owe |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*    $    **1,134,621.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..............................    $    **81,121.54**

   3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...........................    $    **3,386,255.20**

   **Your total liabilities**   $   **4,601,997.74**

**Part 3:    Summarize Your Income and Expenses**

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*..............................................................    $    **6,864.12**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*...........................................................    $    **11,343.20**

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒    Yes

7. **What kind of debt do you have?**

   ☐    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| | | |
|---|---|---|
| Official Form 106Sum | Summary of Your Assets and Liabilities and Certain Statistical Information | page 1 of 2 |

| Debtor 1 | **Pedro Felipe Valdes** | |
|---|---|---|
| Debtor 2 | **Ana Maria Aldana** | |
| | | Case number *(if known)* _____ |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | **81,121.54** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ | **58,423.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ | **139,544.54** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Pedro Felipe Valdes** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ana Maria Aldana** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number | _____ | | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

---

1.1

**14531 Old Mill Rd**

Street address, if available, or other description

**Centreville**    **VA**    **20121-0000**

City    State    ZIP Code

**Fairfax**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$670,000.00** | **$670,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property**
(see instructions)

---

| Debtor 1 | **Pedro Felipe Valdes** |
|---|---|
| Debtor 2 | **Ana Maria Aldana** |

Case number *(if known)* _____

**If you own or have more than one, list here:**

1.2

**13264 Poener Road**
_____
Street address, if available, or other description

**Herndon**       **VA**       **20170-0000**
_____
City                State        ZIP Code

**Fairfax**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☒ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$235,000.00** | **$235,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- ☐ **Check if this is community property**
  (see instructions)

---

**If you own or have more than one, list here:**

1.3

**Imperial Fiesta Club**
**Hotel Casa Maya**
**5.5 Kukulcan Ave**
_____
Street address, if available, or other description

**Cancun, Mexico**   **TX**   **77500-0000**
_____
City                State        ZIP Code

_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☒ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- ☐ **Check if this is community property**
  (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................................................=>**

| **$905,000.00** |
|---|

**Part 2:**  **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Pedro Felipe Valdes**
Debtor 2    **Ana Maria Aldana**

Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Jeep** |
|---|---|---|
| | Model: | **Liberty** |
| | Year: | **2002** |
| | Approximate mileage: | **166,000** |
| | Other information: | |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$1,800.00    $1,800.00

| 3.2 | Make: | **Ford** |
|---|---|---|
| | Model: | **F-150** |
| | Year: | **2000** |
| | Approximate mileage: | **197,700** |
| | Other information: | |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$900.00    $900.00

| 3.3 | Make: | **Hummer** |
|---|---|---|
| | Model: | **H2** |
| | Year: | **2003** |
| | Approximate mileage: | **126,800** |
| | Other information: | |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$11,000.00    $11,000.00

| 3.4 | Make: | **Honda** |
|---|---|---|
| | Model: | **CRV** |
| | Year: | **2004** |
| | Approximate mileage: | **147,000** |
| | Other information: | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$2,300.00    $2,300.00

| 3.5 | Make: | **Mitsibishi** |
|---|---|---|
| | Model: | **Monter** |
| | Year: | **2005** |
| | Approximate mileage: | **151,000** |
| | Other information: | |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$2,000.00    $2,000.00

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Pedro Felipe Valdes**
Debtor 2    **Ana Maria Aldana**                                    Case number *(if known)* _____

| 3.6 | Make: | **Victory** | Who has an interest in the property? Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|---|

Model:    **Vision**

Year:    **2009**

Approximate mileage:    **18,000**

Other information:

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
    (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,000.00** | **$4,000.00** |

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................................=>**    **$22,000.00**

---

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Appliances, 3 beds, 4 night stands, 2 sofas, 1 auxiliary chair, 5 auxiliary tables, 2 dining sets, 2 televisions, 1 TV stand, 2 desks, 1 patio set, 1 outdoor umbrella, 2 office chairs, washer & dryer, refrigerator, 3 bicycles | **$2,000.00** |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | TV Sets, Computers, Phones | **$2,000.00** |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

   | 4 Guitars, treadmill | **$1,000.00** |
   |---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Pedro Felipe Valdes** | |
|---|---|---|
| Debtor 2 | **Ana Maria Aldana** | |
| | | Case number *(if known)* |

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No

☐ Yes.  Describe.....

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes.  Describe.....

| Personal clothing | $800.00 |
|---|---|

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes.  Describe.....

| Wedding & Engagement rings. | $2,100.00 |
|---|---|

| Citizen watch, Nine West watch, Skagen watch, Stawer watch, Invicta watch, Bullova watch, miscellaneous personal jewelry. | $500.00 |
|---|---|

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No

☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes.  Give specific information.....

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................

| $8,400.00 |
|---|

---

| **Part 4:** | **Describe Your Financial Assets** | |
|---|---|---|

| Do you own or have any legal or equitable interest in any of the following? | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|---|

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes..........................................................................................................

| | Cash | $12.00 |
|---|---|---|

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes.......................

| | Institution name: | |
|---|---|---|
| 17.1.  **Checking** | **Checking: Citibank** **Account # 9293** | $7.20 |

---

Official Form 106A/B

Schedule A/B: Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **Pedro Felipe Valdes** | |
|---|---|---|
| Debtor 2 | **Ana Maria Aldana** | Case number *(if known)* |

| | | | |
|---|---|---|---|
| 17.2. | **Checking** | **Bank of America**<br>**Account # 4406** | **$1,520.00** |
| 17.3. | **Savings** | **Bank of America**<br>**Account # 0324** | **$134.50** |
| 17.4. | **Savings** | **Agriculture Federal Credit Union** | **$5.00** |
| 17.5. | | **Checking: Capital One**<br>**Account #6719** | **$339.99** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
            Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
            Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
            Type of account:              Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................            Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Pedro Felipe Valdes** | |
|---|---|---|
| Debtor 2 | **Ana Maria Aldana** | Case number *(if known)* |

**27.  Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

                _____

**29.  Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
          benefits; unpaid loans you made to someone else
☐ No
■ Yes.  Give specific information..

| $1,850 owed for sale of 1995 Honda Gold Wing. | $1,850.00 |
|---|---|

**31.  Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
        Company name:                 Beneficiary:              Surrender or refund value:

**32.  Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
■ Yes.  Describe each claim.........

| Potential claims against Omar Botero-Paramo. | **Unknown** |
|---|---|

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**
■ No
☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**

| $3,868.69 |
|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor 1 | **Pedro Felipe Valdes** | |
|---|---|---|
| Debtor 2 | **Ana Maria Aldana** | |
| | | Case number *(if known)* _____ |

---

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

---

37. **Do you own or have any legal or equitable interest in any business-related property?**
  ☐ No. Go to Part 6.
  ■ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
  ■ No
  ☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
  ■ No
  ☐ Yes. Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
  ■ No
  ☐ Yes. Describe.....

41. **Inventory**
  ■ No
  ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
  ☐ No
  ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Artifact LLC** | **50%** % | **$0.00** |

43. **Customer lists, mailing lists, or other compilations**
  ■ No.
  ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ■ No
      ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
  ■ No
  ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**....................................................................................................... | **$0.00**

---

**Part 6:**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
       If you own or have an interest in farmland, list it in Part 1.

---

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
  ■ No. Go to Part 7.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Debtor 1 | **Pedro Felipe Valdes** | |
|---|---|---|
| Debtor 2 | **Ana Maria Aldana** | |
| | | Case number *(if known)* |

☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................  | **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ...................................................................................................  **$905,000.00**

56. **Part 2: Total vehicles, line 5**  | **$22,000.00**

57. **Part 3: Total personal and household items, line 15**  | **$8,400.00**

58. **Part 4: Total financial assets, line 36**  | **$3,868.69**

59. **Part 5: Total business-related property, line 45**  | **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**  | **$0.00**

61. **Part 7: Total other property not listed, line 54**  +  **$0.00**

62. **Total personal property.** Add lines 56 through 61...  **$34,268.69**   Copy personal property total  **$34,268.69**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62  | **$939,268.69**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Pedro Felipe Valdes** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ana Maria Aldana** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                        4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **14531 Old Mill Rd Centreville, VA 20121  Fairfax County**<br>Line from *Schedule A/B*: **1.1** | $670,000.00 | ☑ | $1.00 | **Va. Code Ann. § 34-4** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **13264 Poener Road Herndon, VA 20170  Fairfax County**<br>Line from *Schedule A/B*: **1.2** | $235,000.00 | ☑ | $1,000.00 | **Va. Code Ann. § 34-4** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Imperial Fiesta Club Hotel Casa Maya 5.5 Kukulcan Ave Cancun, Mexico, TX 77500**<br>Line from *Schedule A/B*: **1.3** | Unknown | ☑ | $0.00 | **Va. Code Ann. § 34-4** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2002 Jeep Liberty 166,000 miles**<br>Line from *Schedule A/B*: **3.1** | $1,800.00 | ☑ | $1,800.00 | **Va. Code Ann. § 34-26(8)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2002 Jeep Liberty 166,000 miles**<br>Line from *Schedule A/B*: **3.1** | $1,800.00 | ☑ | $1,800.00 | **Va. Code Ann. § 34-4** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor 1 | **Pedro Felipe Valdes** |
|---|---|
| Debtor 2 | **Ana Maria Aldana** |

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2000 Ford F-150 197,700 miles**<br>Line from *Schedule A/B*: **3.2** | $900.00 | ■ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(8)** |
| **2000 Ford F-150 197,700 miles**<br>Line from *Schedule A/B*: **3.2** | $900.00 | ■ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **2004 Honda CRV 147,000 miles**<br>Line from *Schedule A/B*: **3.4** | $2,300.00 | ■ $2,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(8)** |
| **2005 Mitsibishi Monter 151,000 miles**<br>Line from *Schedule A/B*: **3.5** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(8)** |
| **2005 Mitsibishi Monter 151,000 miles**<br>Line from *Schedule A/B*: **3.5** | $2,000.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **2009 Victory Vision 18,000 miles**<br>Line from *Schedule A/B*: **3.6** | $4,000.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(8)** |
| **2009 Victory Vision 18,000 miles**<br>Line from *Schedule A/B*: **3.6** | $4,000.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **Appliances, 3 beds, 4 night stands, 2 sofas, 1 auxiliary chair, 5 auxiliary tables, 2 dining sets, 2 televisions, 1 TV stand, 2 desks, 1 patio set, 1 outdoor umbrella, 2 office chairs, washer & dryer, refrigerator, 3 bicycles**<br>Line from *Schedule A/B*: **6.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| **TV Sets, Computers, Phones**<br>Line from *Schedule A/B*: **7.1** | $2,000.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **TV Sets, Computers, Phones**<br>Line from *Schedule A/B*: **7.1** | $2,000.00 | ■ $1,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| **4 Guitars, treadmill**<br>Line from *Schedule A/B*: **9.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Pedro Felipe Valdes** |
|---|---|
| Debtor 2 | **Ana Maria Aldana** |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Personal clothing**<br>Line from *Schedule A/B*: **11.1** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4)** |
| **Wedding & Engagement rings.**<br>Line from *Schedule A/B*: **12.1** | $2,100.00 | ■ $2,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(1a)** |
| **Citizen watch, Nine West watch, Skagen watch, Stawer watch, Invicta watch, Bullova watch, miscellaneous personal jewelry.**<br>Line from *Schedule A/B*: **12.2** | $500.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $12.00 | ■ $12.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **Checking: Checking: Citibank Account # 9293**<br>Line from *Schedule A/B*: **17.1** | $7.20 | ■ $7.20<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **Checking: Bank of America Account # 4406**<br>Line from *Schedule A/B*: **17.2** | $1,520.00 | ■ $1,520.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **Savings: Bank of America Account # 0324**<br>Line from *Schedule A/B*: **17.3** | $134.50 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **Savings: Agriculture Federal Credit Union**<br>Line from *Schedule A/B*: **17.4** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **Checking: Capital One Account #6719**<br>Line from *Schedule A/B*: **17.5** | $339.99 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **$1,850 owed for sale of 1995 Honda Gold Wing.**<br>Line from *Schedule A/B*: **30.1** | $1,850.00 | ■ $1,850.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Schedule C: The Property You Claim as Exempt**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Pedro Felipe Valdes** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Ana Maria Aldana** |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

<u>Official Form 106D</u>

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1  Botero Homes, LLC**
Creditor's Name

**11150 Sunset Hills Road #309**
**Reston, VA 20190**
Number, Street, City, State & Zip Code

| Column A | Column B | Column C |
|---|---|---|
| $213,350.00 | $670,000.00 | $213,350.00 |

Describe the property that secures the claim:

**14531 Old Mill Rd Centreville, VA 20121  Fairfax County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **2017**

Last 4 digits of account number _____

---

**2.2  Credit Acceptance Corp.**
Creditor's Name

**PO Voz 551888**
**Detroit, MI 48255**
Number, Street, City, State & Zip Code

| Column A | Column B | Column C |
|---|---|---|
| $11,000.00 | $11,000.00 | $0.00 |

Describe the property that secures the claim:

**2003 Hummer H2 126,800 miles**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **February 2016**

Last 4 digits of account number  **8346**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Pedro Felipe Valdes**

First Name      Middle Name      Last Name

Debtor 2   **Ana Maria Aldana**

First Name      Middle Name      Last Name

Case number (if know) _____

---

| 2.3 | **MGC Mortgage** | Describe the property that secures the claim: | $116,371.00 | $670,000.00 | $8,208.00 |
|---|---|---|---|---|---|

Creditor's Name

**14531 Old Mill Rd Centreville, VA 20121  Fairfax County**

**1 Corporate Dr. #360
Lake Zurich, IL 60047**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **December 2006**

Last 4 digits of account number   **4370**

---

| 2.4 | **Nationstar Mortgage** | Describe the property that secures the claim: | $561,837.00 | $670,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**14531 Old Mill Rd Centreville, VA 20121  Fairfax County**

**350 Highland Rd.
Houston, TX 77067**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **December 2006**

Last 4 digits of account number   **5574**

---

| 2.5 | **Ocwen Loan Servicing** | Describe the property that secures the claim: | $168,302.00 | $235,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**13264 Poener Road Herndon, VA 20170  Fairfax County**

**P.O. Box 660264
Dallas, TX 75266**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **June 2006**

Last 4 digits of account number   **9564**

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 3

| Debtor 1 | **Pedro Felipe Valdes** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Ana Maria Aldana** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.6 | **Specialized Loan Services** | **Describe the property that secures the claim:** | **$63,761.00** | **$235,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**13264 Poener Road Herndon, VA 20170  Fairfax County**

**P.O. Box 105219**
**Atlanta, GA 30348**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **June 2006**          **Last 4 digits of account number**   **7621**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,134,621.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,134,621.00** |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Pedro Felipe Valdes** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Ana Maria Aldana** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | Last 4 digits of account number **3290** | **$11,775.00** | **$11,775.00** | **$0.00** |

Priority Creditor's Name

**2970 Market St.**
**Philadelphia, PA 19104**
Number Street City State Zip Code

When was the debt incurred?   **2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Domestic support obligations

■ No

■ Taxes and certain other debts you owe the government

☐ Yes

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____   **Taxes**

| | | | | | |
|---|---|---|---|---|---|
| **2.2** | **Internal Revenue Service** | Last 4 digits of account number **1404** | **$68,284.62** | **$68,284.62** | **$0.00** |

Priority Creditor's Name

**Austin, TX 73301-0010**
Number Street City State Zip Code

When was the debt incurred?   **2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Domestic support obligations

■ No

■ Taxes and certain other debts you owe the government

☐ Yes

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____   **Assessment for 2015 income tax**

Debtor 1  **Pedro Felipe Valdes**
Debtor 2  **Ana Maria Aldana**

Case number (if know) _____

| 2.3 | **Virginia Department of Tax** | Last 4 digits of account number | **5001** | **$1,061.92** | **$1,061.92** | **$0.00** |

Priority Creditor's Name
**PO Box 2369**
**Richmond, VA 23218**
Number Street City State Zip Code

**When was the debt incurred?**  **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Taxes and certain other debts you owe the government

☐ **Check if this claim is for a community debt**

☐ Claims for death or personal injury while you were intoxicated

**Is the claim subject to offset?**

☐ Other. Specify _____

■ No

☐ Yes

**Taxes**

---

**Part 2:** | **List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |

| 4.1 | **Agricultural Federal Credit Un** | Last 4 digits of account number | **0561** | **$4,661.00** |

Nonpriority Creditor's Name
**PO Box 2225**
**Merrifield, VA 22116**
Number Street City State Zip Code

**When was the debt incurred?**  **December 2003**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Credit Card Purchases**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Pedro Felipe Valdes**

Debtor 2  **Ana Maria Aldana**

Case number *(if know)*

| 4.2 | **Airtron Mid-Atlantic** | Last 4 digits of account number _____ | **$9,375.00** |

Nonpriority Creditor's Name

**5123 Pegasus Ct., Ste. M**
**Frederick, MD 21704**

When was the debt incurred?   **2017-2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Potential personal liability for corporate debt**

---

| 4.3 | **Alejandro Painting** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**505 S Lee Rd.**
**Sterling, VA 20164**

When was the debt incurred?   **2017-2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Potential personal liability for corporate debt**

---

| 4.4 | **Alina Hu** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1718 Chateau Ct.**
**Mc Lean, VA 22101**

When was the debt incurred?   **2017-2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Potential personal liability for corporate debt**

---

Debtor 1  **Pedro Felipe Valdes**

Debtor 2  **Ana Maria Aldana**

Case number (if know) _____

---

| 4.5 | **Allied Interior Products** | Last 4 digits of account number _____ | $26,242.82 |

Nonpriority Creditor's Name

**21 Lawson Rd., Ste. A**
**Leesburg, VA 20175**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Potential personal liability for corporate debt**

---

| 4.6 | **Allstate Insurance Co.** | Last 4 digits of account number _____ | $350.00 |

Nonpriority Creditor's Name

**9316 Old Keene Mill Rd**
**Chantilly, VA 20151**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Potential personal liability for corporate debt**

---

| 4.7 | **Amex DSNB** | Last 4 digits of account number   **5229** | $2,063.00 |

Nonpriority Creditor's Name

**PO Box 8218**
**Mason, OH 45040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card Purchases**

---

Debtor 1    **Pedro Felipe Valdes**

Debtor 2    **Ana Maria Aldana**

Case number (if know)

---

| 4.8 | **Ana Maria Brockmann Quiroga** | Last 4 digits of account number | | | **$100,000.00** |

Nonpriority Creditor's Name

**5750 Colchester Road**
**Fairfax, VA 22030**

When was the debt incurred?    **2018**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Potential personal liability for corporate debt**

---

| 4.9 | **Appliance Connection** | Last 4 digits of account number | | | **$70,000.00** |

Nonpriority Creditor's Name

**13851 Telegraph Rd.**
**Woodbridge, VA 22192**

When was the debt incurred?    **2017-2018**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Potential personal liability for corporate debt**

---

| 4.10 | **AR Jon Portable Toilet** | Last 4 digits of account number | | | **$2,544.00** |

Nonpriority Creditor's Name

**327 Owaisssa Rd. SE**
**Vienna, VA 22180**

When was the debt incurred?    **2017-2018**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Potential personal liability for corporate debt**

---

Debtor 1   **Pedro Felipe Valdes**
Debtor 2   **Ana Maria Aldana**

Case number (if know) _____

| 4.1 1 | **AR Remodeling** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**148 Cabbel Dr.**
**Manassas, VA 20111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **$25,226.00**

**When was the debt incurred?**   **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

---

| 4.1 2 | **AT&T** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**4331 Communications Dr.**
**Floor 4W**
**Dallas, TX 75211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?**   **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

---

| 4.1 3 | **BlueLine Rental** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 840062**
**Dallas, TX 75284**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **4036**   **$2,996.38**

**When was the debt incurred?**   **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

---

Debtor 1  **Pedro Felipe Valdes**
Debtor 2  **Ana Maria Aldana**

Case number (if know) _____

| | | |
|---|---|---|
| **4.1 4** | **BMC East LLC** | |

**Nonpriority Creditor's Name**
**10589 Redoubt Rd.**
**Manassas, VA 20110**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$238,887.98**

**When was the debt incurred?**    **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Judgment**

---

| | | |
|---|---|---|
| **4.1 5** | **BrainWave Advisors LLC** | |

**Nonpriority Creditor's Name**
**1227 San Filippo Ct.**
**San Jose, CA 95128-4053**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$60,000.00**

**When was the debt incurred?**    **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Potential personal liability for corporate debt**

---

| | | |
|---|---|---|
| **4.1 6** | **Brian & Jennifer Yi** | |

**Nonpriority Creditor's Name**
**11335 Vale Rd.**
**Mc Lean, VA 22101**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?**    **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Potential personal liability for corporate debt 1708 Margie Dr.**

---

Debtor 1  **Pedro Felipe Valdes**
Debtor 2  **Ana Maria Aldana**

Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.17 | **Brian Yan** | Last 4 digits of account number _____ | **$250,000.00** |

Nonpriority Creditor's Name
**11335 Vale Rd.**
**Falls Church, VA 22046**
Number Street City State Zip Code

**When was the debt incurred?**    **2017-2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Potential personal liability for corporate debt**

| | | | |
|---|---|---|---|
| 4.18 | **Brickwall Printing & Graphics** | Last 4 digits of account number _____ | **$1,373.01** |

Nonpriority Creditor's Name
**14088-D Sullyfield Cir.**
**Chantilly, VA 20151**
Number Street City State Zip Code

**When was the debt incurred?**    **2017-2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Potential personal liability for corporate debt**

| | | | |
|---|---|---|---|
| 4.19 | **Bull Run CADD** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**8512 Craggan Ln.**
**Manassas, VA 20109**
Number Street City State Zip Code

**When was the debt incurred?**    **2017-2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Potential personal liability for corporate debt**

Debtor 1  **Pedro Felipe Valdes**
Debtor 2  **Ana Maria Aldana**

Case number *(if know)*

---

**4.20**

**Capital One**
Nonpriority Creditor's Name

_____
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Last 4 digits of account number | **8263** | **$2,118.00** |
|---|---|---|

**When was the debt incurred?**  **June 2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card Purchases**

---

**4.21**

**Choice Stairways**
Nonpriority Creditor's Name
**231 Bugeye Square**
**Prince Frederick, MD 20678**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Last 4 digits of account number | | **$18,978.18** |
|---|---|---|

**When was the debt incurred?**  **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Potential personal liability for corporate debt**

---

**4.22**

**Claudia Hoffman**
Nonpriority Creditor's Name
**2825 Aquarius Ave.**
**Silver Spring, MD 20906**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Last 4 digits of account number | | **$68,000.00** |
|---|---|---|

**When was the debt incurred?**  **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Potential personal liability for corporate debt**

---

Debtor 1   **Pedro Felipe Valdes**

Debtor 2   **Ana Maria Aldana**

Case number (if know) _____

---

| 4.2 3 | **Constanza Patterson** | Last 4 digits of account number _____ | $77,000.00 |

Nonpriority Creditor's Name

**1434 Cola Dr.**
**Mc Lean, VA 22101**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Potential personal liability for corporate debt**

---

| 4.2 4 | **Construction Inspection Svcs** | Last 4 digits of account number _____ | $2,325.00 |

Nonpriority Creditor's Name

**31 Sycolin Rd.**
**Leesburg, VA 20175**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Potential personal liability for corporate debt**

---

| 4.2 5 | **Davenport Tru Team** | Last 4 digits of account number _____ | $51,951.00 |

Nonpriority Creditor's Name

**7400 Gateway Ct.**
**Manassas, VA 20109**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Potential personal liability for corporate debt**

---

Debtor 1  **Pedro Felipe Valdes**
Debtor 2  **Ana Maria Aldana**

Case number (if know) _____

| 4.2 6 | **Delta Concrete** | Last 4 digits of account number _____ | $87,563.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**10480 Colonel Ct.**
**Manassas, VA 20110**
Number Street City State Zlp Code

**When was the debt incurred?**    **2017-2018**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

| 4.2 7 | **Demarr Construction** | Last 4 digits of account number _____ | $7,454.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2504 Moon Drive**
**Falls Church, VA 22043**
Number Street City State Zlp Code

**When was the debt incurred?**    **2017-2018**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

| 4.2 8 | **Dept of Education/Nelnet** | Last 4 digits of account number    4535 | $58,423.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3015 Parker Rd., #400**
**Aurora, CO 80014**
Number Street City State Zlp Code

**When was the debt incurred?**    **2016**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Student Loan Debt**

Debtor 1  **Pedro Felipe Valdes**
Debtor 2  **Ana Maria Aldana**

Case number (if know) _____

| 4.2 9 | **Dongmei Zhang** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**6803 Lumsden St.**
**Mc Lean, VA 22101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Potential personal liability for corporate debt**

---

| 4.3 0 | **Era Cabinets** | Last 4 digits of account number _____ | **$48,000.00** |

Nonpriority Creditor's Name

**2408 Columbia Pike**
**Arlington, VA 22204**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Potential personal liability for corporate debt**

---

| 4.3 1 | **Escalera Plumbing LLC** | Last 4 digits of account number _____ | **$6,000.00** |

Nonpriority Creditor's Name

**1335 North Cottage Rd.**
**Sterling, VA 20164**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Potential personal liability for corporate debt**

---

Debtor 1 **Pedro Felipe Valdes**

Debtor 2 **Ana Maria Aldana**

Case number (*if know*) _____

---

| 4.3 2 | **Feng Lui & Nan Yang** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1409 Cola Dr.**

**Mc Lean, VA 22101**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?**    **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Potential personal liability for corporate debt**

---

| 4.3 3 | **Fireside Hearth & Home** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**10126 Harry J. Parrish Blvd.**

**Manassas, VA 20110**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4013**        **$6,830.34**

**When was the debt incurred?**    **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Potential personal liability for corporate debt**

---

| 4.3 4 | **Frank Antezana & D. Versalovic** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**5750 Colchester Road**

**Mc Lean, VA 22101**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?**    **2018**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Potential personal liability for corporate debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Pedro Felipe Valdes**

Debtor 2  **Ana Maria Aldana**

Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.3 5 | **Givago Growth** | Last 4 digits of account number _____ | $373,460.00 |

Nonpriority Creditor's Name

**1434 Cola Dr.**
**Mc Lean, VA 22101**

Number Street City State Zip Code

When was the debt incurred?    **2017-2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Potential personal liability for corporate debt**

---

| | | | |
|---|---|---|---|
| 4.3 6 | **H&L Electric** | Last 4 digits of account number _____ | $30,800.00 |

Nonpriority Creditor's Name

**2390 Generation Dr.**
**Reston, VA 20191**

Number Street City State Zip Code

When was the debt incurred?    **2017-2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Potential personal liability for corporate debt**

---

| | | | |
|---|---|---|---|
| 4.3 7 | **Homayoun Talieh** | Last 4 digits of account number _____ | $35,000.00 |

Nonpriority Creditor's Name

**19908 Bella Vista Ave.**
**Saratoga, CA 95070**

Number Street City State Zip Code

When was the debt incurred?    **2017-2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Potential personal liability for corporate debt**

---

Debtor 1  **Pedro Felipe Valdes**

Debtor 2  **Ana Maria Aldana**

Case number (if know) _____

| | | |
|---|---|---|
| **4.3 8** | **Home Depot** | Last 4 digits of account number **3535** | $16,000.00 |

Nonpriority Creditor's Name

**PO Box 9001030**

**Louisville, KY 40290**

Number Street City State Zlp Code

**When was the debt incurred?**  **2017-2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Potential personal liability for corporate debt**

---

| | | |
|---|---|---|
| **4.3 9** | **Inova Engineering** | Last 4 digits of account number _____ | $10,000.00 |

Nonpriority Creditor's Name

**25209 Larks Terrace**

**Chantilly, VA 20152**

Number Street City State Zlp Code

**When was the debt incurred?**  **2017-2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Potential personal liability for corporate debt**

---

| | | |
|---|---|---|
| **4.4 0** | **iTech AG, LLC** | Last 4 digits of account number _____ | $335,000.00 |

Nonpriority Creditor's Name

**1621 N Kent St. #815**

**Arlington, VA 22209**

Number Street City State Zlp Code

**When was the debt incurred?**  **2017-2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Potential personal liability for corporate debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Pedro Felipe Valdes**
Debtor 2  **Ana Maria Aldana**

Case number (if know) _____

| | | |
|---|---|---|
| 4.4 1 | **Jeffrey Neilsen** | |

Nonpriority Creditor's Name
**5801 Malvern Hill Ct.**
**Haymarket, VA 20169**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____                    **$300,000.00**

When was the debt incurred?    **2017-2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Potential personal liability for corporate debt**

---

| | | |
|---|---|---|
| 4.4 2 | **Jennifer Guo Spinelli** | |

Nonpriority Creditor's Name
**2233 Whitcomb Pl.**
**Falls Church, VA 22046**
Number Street City State ZIp Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?    **2017-2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Potential personal liability for corporate debt**

---

| | | |
|---|---|---|
| 4.4 3 | **Jim Xi** | |

Nonpriority Creditor's Name
**1726 Lansing Ct.**
**Mc Lean, VA 22101**
Number Street City State ZIp Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?    **2017-2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Potential personal liability for corporate debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Pedro Felipe Valdes**
Debtor 2  **Ana Maria Aldana**

Case number (if know) _____

| 4.4 4 | **Jin Li** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**6809 Karlson St.**
**Mc Lean, VA 22101**
Number Street City State Zip Code

**When was the debt incurred?**  **2017-2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Potential personal liability for corporate debt**

---

| 4.4 5 | **Jingjing Ye** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1710 Warner Ave.**
**Mc Lean, VA 22101**
Number Street City State Zip Code

**When was the debt incurred?**  **2017-2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Potential personal liability for corporate debt**

---

| 4.4 6 | **JK Glass LLC** | Last 4 digits of account number _____ | **$1,250.00** |

Nonpriority Creditor's Name
**3941 Persimmon Dr., Ste. 101**
**Fairfax, VA 22031**
Number Street City State Zip Code

**When was the debt incurred?**  **2017-2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Potential personal liability for corporate debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Pedro Felipe Valdes**

Debtor 2   **Ana Maria Aldana**

Case number (if know) _____

---

| 4.47 | **JP Masonry** | Last 4 digits of account number _____ | **$14,800.00** |

Nonpriority Creditor's Name

**6004 Artemus Rd.**
**Gainesville, VA 20155**

Number Street City State Zip Code

When was the debt incurred?   **2017-2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Potential personal liability for corporate debt**

---

| 4.48 | **JP Valdes** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**6802 Van Fleet Dr.**
**Mc Lean, VA 22101**

Number Street City State Zip Code

When was the debt incurred?   **2017-2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Potential personal liability for corporate debt**

---

| 4.49 | **Juan P. Valdez** | Last 4 digits of account number _____ | **$460,000.00** |

Nonpriority Creditor's Name

**1434 Cola Dr.**
**Mc Lean, VA 22101**

Number Street City State Zip Code

When was the debt incurred?   **2017-2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Potential personal liability for corporate debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  **Pedro Felipe Valdes**
Debtor 2  **Ana Maria Aldana**

Case number (if know) _____

| 4.5 0 | **KNF Engineering** | Last 4 digits of account number _____ | **$2,000.00** |

Nonpriority Creditor's Name
**42687 Leaflet Ln.**
**South Riding, VA 20152**
Number Street City State ZIp Code

**When was the debt incurred?**   **2017-2018**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

---

| 4.5 1 | **Larry Zhang** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**7324 Old Dominion Dr.**
**Mc Lean, VA 22101**
Number Street City State ZIp Code

**When was the debt incurred?**   **2017-2018**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

---

| 4.5 2 | **LoanMe** | Last 4 digits of account number **9591** | **$78,000.00** |

Nonpriority Creditor's Name
**PO Box 5645**
**Orange, CA 92863**
Number Street City State ZIp Code

**When was the debt incurred?**   **2017-2018**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

Debtor 1  **Pedro Felipe Valdes**
Debtor 2  **Ana Maria Aldana**

Case number (if know) _____

---

| 4.5 3 | **Lucy Sun** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**6809 Churchill Rd.**
**Mc Lean, VA 22102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

---

| 4.5 4 | **Macy's** | **Last 4 digits of account number** 9705 | **$221.00** |

Nonpriority Creditor's Name
**PO Box 8218**
**Mason, OH 45040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Purchases**

---

| 4.5 5 | **Marble Solutions** | **Last 4 digits of account number** _____ | **$26,083.00** |

Nonpriority Creditor's Name
**13825 Redskin Dr.**
**Herndon, VA 20171**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

---

Debtor 1  **Pedro Felipe Valdes**
Debtor 2  **Ana Maria Aldana**

Case number (if know) _____

| 4.5 6 | **Matthew Zhao** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1036 Carper St.**
**Mc Lean, VA 22101**
Number Street City State Zip Code

When was the debt incurred?    **2017-2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Potential personal liability for corporate debt 1351 Windyhill Rd.**

| 4.5 7 | **MM Electric** | Last 4 digits of account number _____ | **$45,000.00** |

Nonpriority Creditor's Name
**6603 Fisher Ave.**
**Falls Church, VA 22046**
Number Street City State Zip Code

When was the debt incurred?    **2017-2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Potential personal liability for corporate debt**

| 4.5 8 | **Ngoc Le** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**7204 Beverly St.**
**Annandale, VA 22003**
Number Street City State Zip Code

When was the debt incurred?    **2017-2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Potential personal liability for corporate debt**

Debtor 1   **Pedro Felipe Valdes**
Debtor 2   **Ana Maria Aldana**

Case number (if know) _____

| 4.5 9 | **NOVA Homes Investors** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**5730 Walcott Ave.**
**Fairfax, VA 22030**

When was the debt incurred?   **2017-2018**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

| 4.6 0 | **PayPal Credit** | Last 4 digits of account number   8676 | **$4,305.00** |

Nonpriority Creditor's Name
**PO Box 71202**
**Charlotte, NC 28272**

When was the debt incurred?   **January 2015**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Purchases**

| 4.6 1 | **Ping Mu** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**821 Leigh Mill Rd.**
**Great Falls, VA 22066**

When was the debt incurred?   **2017-2018**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

| Debtor 1 | **Pedro Felipe Valdes** |
|---|---|
| Debtor 2 | **Ana Maria Aldana** |

Case number *(if know)* _____

| 4.6 2 | **Potomac Valley Brick & Supply** | Last 4 digits of account number _____ | $22,990.52 |
|---|---|---|---|

Nonpriority Creditor's Name

**15810 Indianola Dr., Ste. 100**
**Rockville, MD 20855**

Number Street City State Zip Code

When was the debt incurred?    **2017-2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Potential personal liability for corporate debt**

---

| 4.6 3 | **Prime Rate Premium Corporation** | Last 4 digits of account number   **7655** | $569.85 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 580016**
**Florence, SC 29502**

Number Street City State Zip Code

When was the debt incurred?    **2017-2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Potential personal liability for corporate debt**

---

| 4.6 4 | **Sotheby Floors** | Last 4 digits of account number _____ | $89,180.21 |
|---|---|---|---|

Nonpriority Creditor's Name

**12079 Cadet Ct.**
**Manassas, VA 20109**

Number Street City State Zip Code

When was the debt incurred?    **2017-2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Potential personal liability for corporate debt**

---

Debtor 1   **Pedro Felipe Valdes**
Debtor 2   **Ana Maria Aldana**

Case number (if know) _____

---

| 4.6 5 | **Spatzio Concepts** | Last 4 digits of account number _____ | $7,000.00 |

Nonpriority Creditor's Name
**19908 Bella Vista Ave.**
**Saratoga, CA 95070**
Number Street City State Zip Code

**When was the debt incurred?**   **2017-2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

---

| 4.6 6 | **Su Mya Lin** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**9430 River Rd.**
**Potomac, MD 20854**
Number Street City State Zip Code

**When was the debt incurred?**   **2017-2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

---

| 4.6 7 | **TD Bank** | Last 4 digits of account number   8044 | $4,991.00 |

Nonpriority Creditor's Name
**PO Box 218**
**Lewiston, ME 04243**
Number Street City State Zip Code

**When was the debt incurred?**   **February 2006**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Line of Credit**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Pedro Felipe Valdes**

Debtor 2    **Ana Maria Aldana**

Case number (*if know*) _____

| 4.68 | **The Roof Center** | **Last 4 digits of account number** _____ | $10,742.91 |

Nonpriority Creditor's Name

**5900 Farrington Ave.**
**Alexandria, VA 22304**

Number Street City State Zip Code

**When was the debt incurred?**    **2017-2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Potential personal liability for corporate debt**

---

| 4.69 | **Top Quality Kitchen Granite** | **Last 4 digits of account number** _____ | $17,000.00 |

Nonpriority Creditor's Name

**& Marble**
**14041 Willard Rd.**
**Chantilly, VA 20151**

Number Street City State Zip Code

**When was the debt incurred?**    **2017-2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Potential personal liability for corporate debt**

---

| 4.70 | **Total Lawn Care** | **Last 4 digits of account number** _____ | $63,500.00 |

Nonpriority Creditor's Name

**PO Box 11163**
**Manassas, VA 20113**

Number Street City State Zip Code

**When was the debt incurred?**    **2017-2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Potential personal liability for corporate debt**

---

Debtor 1  **Pedro Felipe Valdes**

Debtor 2  **Ana Maria Aldana**

Case number (if know) _____

---

| 4.7 1 | **Trim & Carpentry Inc.** | | Last 4 digits of account number _____ | | $30,000.00 |

Nonpriority Creditor's Name

**2623 Arlington Dr., Apt. 102**
**Alexandria, VA 22306**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Potential personal liability for corporate debt**

---

| 4.7 2 | **Vector Security** | | Last 4 digits of account number   **9590** | | Unknown |

Nonpriority Creditor's Name

**2000 Ericsson Dr.**
**Warrendale, PA 15086**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Potential personal liability for corporate debt**

---

| 4.7 3 | **Vector Security** | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name

**2001 Ericsson Dr.**
**Warrendale, PA 15086**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Potential personal liability for corporate debt**

---

Debtor 1  **Pedro Felipe Valdes**
Debtor 2  **Ana Maria Aldana**

Case number *(if know)*

| 4.74 | **Vivian Pan** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**7010 Churchill Rd.**
**Mc Lean, VA 22101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

---

| 4.75 | **Weilong Wang** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**6446 Divine St**
**McLean, VA 20121**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2018**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

---

| 4.76 | **WizdomBridge LLC** | Last 4 digits of account number | **$150,000.00** |

Nonpriority Creditor's Name
**22059 Autction Barn Dr.**
**Ashburn, VA 22059**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2017-2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential personal liability for corporate debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Pedro Felipe Valdes**
Debtor 2   **Ana Maria Aldana**

Case number (if know) _____

| 4.7 7 | **Yang & Nick Jin** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**7407 Bethune St.**
**Falls Church, VA 22043**
Number Street City State Zip Code

When was the debt incurred?    **2017-2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Potential personal liability for corporate debt**

| 4.7 8 | **Ying Zhao** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**7102 Sea Cliff Road**
**Mc Lean, VA 22101**
Number Street City State Zip Code

When was the debt incurred?    **2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Potential personal liabiity for corporate debt**

| 4.7 9 | **Zhen Yang** | Last 4 digits of account number _____ | **$30,000.00** |

Nonpriority Creditor's Name
**4613 Carisbrooke Ln.**
**Fairfax, VA 22030**
Number Street City State Zip Code

When was the debt incurred?    **2017-2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Potential personal liability for corporate debt**

Debtor 1  **Pedro Felipe Valdes**

Debtor 2  **Ana Maria Aldana**

Case number (*if know*) _____

| 4.8 0 | **Zhongren Gu** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**1932 Beaver Ln.**

**Mc Lean, VA 22101**

**When was the debt incurred?**   **2017-2018**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Potential personal liability for corporate debt**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ **0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ **81,121.54** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ **81,121.54** |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ **58,423.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ **3,327,832.20** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ **3,386,255.20** |

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Pedro Felipe Valdes** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Ana Maria Aldana** |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 _____<br>Name<br>_____<br>Number   Street<br>_____<br>City          State      ZIP Code | |
| 2.2 _____<br>Name<br>_____<br>Number   Street<br>_____<br>City          State      ZIP Code | |
| 2.3 _____<br>Name<br>_____<br>Number   Street<br>_____<br>City          State      ZIP Code | |
| 2.4 _____<br>Name<br>_____<br>Number   Street<br>_____<br>City          State      ZIP Code | |
| 2.5 _____<br>Name<br>_____<br>Number   Street<br>_____<br>City          State      ZIP Code | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td colspan="2"><strong>Pedro Felipe Valdes</strong></td></tr>
<tr><td></td><td>First Name                Middle Name</td><td>Last Name</td></tr>
<tr><td>Debtor 2</td><td colspan="2"><strong>Ana Maria Aldana</strong></td></tr>
<tr><td>(Spouse if, filing)</td><td>First Name                Middle Name</td><td>Last Name</td></tr>
<tr><td colspan="3">United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA</td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="2"></td></tr>
</table>

☐ Check if this is an
   amended filing

# Official Form 106H
# Schedule H: Your Codebtors                                                    12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.2**<br>☐ Schedule G _____<br>**Airtron Mid-Atlantic** |
| 3.2   **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.3**<br>☐ Schedule G _____<br>**Alejandro Painting** |
| 3.3   **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.4**<br>☐ Schedule G _____<br>**Alina Hu** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Pedro Felipe Valdes**
**Ana Maria Aldana**
Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G<br>**Allied Interior Products** |
| 3.5  **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G<br>**Allstate Insurance Co.** |
| 3.6  **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G<br>**Appliance Connection** |
| 3.7  **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G<br>**AR Jon Portable Toilet** |
| 3.8  **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G<br>**AR Remodeling** |
| 3.9  **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G<br>**AT&T** |
| 3.10  **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G<br>**BlueLine Rental** |
| 3.11  **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G<br>**BMC East LLC** |

Debtor 1  **Pedro Felipe Valdes**
**Ana Maria Aldana**                                                    Case number *(if known)* _____

| ▮ Additional Page to List More Codebtors | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.12 | **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.15**___<br>☐ Schedule G _____<br>**BrainWave Advisors LLC** |
|---|---|---|
| 3.13 | **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.16**___<br>☐ Schedule G _____<br>**Brian & Jennifer Yi** |
| 3.14 | **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.17**___<br>☐ Schedule G _____<br>**Brian Yan** |
| 3.15 | **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.18**___<br>☐ Schedule G _____<br>**Brickwall Printing & Graphics** |
| 3.16 | **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.19**___<br>☐ Schedule G _____<br>**Bull Run CADD** |
| 3.17 | **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.21**___<br>☐ Schedule G _____<br>**Choice Stairways** |
| 3.18 | **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.22**___<br>☐ Schedule G _____<br>**Claudia Hoffman** |
| 3.19 | **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.24**___<br>☐ Schedule G _____<br>**Construction Inspection Svcs** |

| Debtor 1 | **Pedro Felipe Valdes**<br>**Ana Maria Aldana** | | Case number *(if known)* | |

---

| ▮ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20 **Artifact LLC**<br>14113 Robert Paris Ct #103<br>Chantilly, VA 20151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>**Davenport Tru Team** |
| 3.21 **Artifact LLC**<br>14113 Robert Paris Ct #103<br>Chantilly, VA 20151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**Delta Concrete** |
| 3.22 **Artifact LLC**<br>14113 Robert Paris Ct #103<br>Chantilly, VA 20151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Demarr Construction** |
| 3.23 **Artifact LLC**<br>14113 Robert Paris Ct #103<br>Chantilly, VA 20151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Dongmei Zhang** |
| 3.24 **Artifact LLC**<br>14113 Robert Paris Ct #103<br>Chantilly, VA 20151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**Era Cabinets** |
| 3.25 **Artifact LLC**<br>14113 Robert Paris Ct #103<br>Chantilly, VA 20151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.31__<br>☐ Schedule G _____<br>**Escalera Plumbing LLC** |
| 3.26 **Artifact LLC**<br>14113 Robert Paris Ct #103<br>Chantilly, VA 20151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.32__<br>☐ Schedule G _____<br>**Feng Lui & Nan Yang** |
| 3.27 **Artifact LLC**<br>14113 Robert Paris Ct #103<br>Chantilly, VA 20151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**Fireside Hearth & Home** |

Debtor 1  **Pedro Felipe Valdes**
**Ana Maria Aldana**                                    Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

---

3.28  **Artifact LLC**
**14113 Robert Paris Ct #103**
**Chantilly, VA 20151**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.35**___
☐ Schedule G _____
**Givago Growth**

---

3.29  **Artifact LLC**
**14113 Robert Paris Ct #103**
**Chantilly, VA 20151**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.36**___
☐ Schedule G _____
**H&L Electric**

---

3.30  **Artifact LLC**
**14113 Robert Paris Ct #103**
**Chantilly, VA 20151**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.38**___
☐ Schedule G _____
**Home Depot**

---

3.31  **Artifact LLC**
**14113 Robert Paris Ct #103**
**Chantilly, VA 20151**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.39**___
☐ Schedule G _____
**Inova Engineering**

---

3.32  **Artifact LLC**
**14113 Robert Paris Ct #103**
**Chantilly, VA 20151**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.40**___
☐ Schedule G _____
**iTech AG, LLC**

---

3.33  **Artifact LLC**
**14113 Robert Paris Ct #103**
**Chantilly, VA 20151**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.41**___
☐ Schedule G _____
**Jeffrey Neilsen**

---

3.34  **Artifact LLC**
**14113 Robert Paris Ct #103**
**Chantilly, VA 20151**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.42**___
☐ Schedule G _____
**Jennifer Guo Spinelli**

---

3.35  **Artifact LLC**
**14113 Robert Paris Ct #103**
**Chantilly, VA 20151**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.43**___
☐ Schedule G _____
**Jim Xi**

---

| Debtor 1 | **Pedro Felipe Valdes** | Case number *(if known)* | |
| | **Ana Maria Aldana** | | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.36 **Artifact LLC** 14113 Robert Paris Ct #103 Chantilly, VA 20151 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.44__ ☐ Schedule G _____ **Jin Li** |
| 3.37 **Artifact LLC** 14113 Robert Paris Ct #103 Chantilly, VA 20151 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.45__ ☐ Schedule G _____ **Jingjing Ye** |
| 3.38 **Artifact LLC** 14113 Robert Paris Ct #103 Chantilly, VA 20151 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.46__ ☐ Schedule G _____ **JK Glass LLC** |
| 3.39 **Artifact LLC** 14113 Robert Paris Ct #103 Chantilly, VA 20151 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.47__ ☐ Schedule G _____ **JP Masonry** |
| 3.40 **Artifact LLC** 14113 Robert Paris Ct #103 Chantilly, VA 20151 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.48__ ☐ Schedule G _____ **JP Valdes** |
| 3.41 **Artifact LLC** 14113 Robert Paris Ct #103 Chantilly, VA 20151 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.49__ ☐ Schedule G _____ **Juan P. Valdez** |
| 3.42 **Artifact LLC** 14113 Robert Paris Ct #103 Chantilly, VA 20151 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.50__ ☐ Schedule G _____ **KNF Engineering** |
| 3.43 **Artifact LLC** 14113 Robert Paris Ct #103 Chantilly, VA 20151 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.51__ ☐ Schedule G _____ **Larry Zhang** |

| Debtor 1 | **Pedro Felipe Valdes**<br>**Ana Maria Aldana** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.44 | **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.52__<br>☐ Schedule G _____<br>**LoanMe** |
| 3.45 | **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.53__<br>☐ Schedule G _____<br>**Lucy Sun** |
| 3.46 | **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.55__<br>☐ Schedule G _____<br>**Marble Solutions** |
| 3.47 | **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.56__<br>☐ Schedule G _____<br>**Matthew Zhao** |
| 3.48 | **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.57__<br>☐ Schedule G _____<br>**MM Electric** |
| 3.49 | **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.58__<br>☐ Schedule G _____<br>**Ngoc Le** |
| 3.50 | **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**NOVA Homes Investors** |
| 3.51 | **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.61__<br>☐ Schedule G _____<br>**Ping Mu** |

| Debtor 1 | **Pedro Felipe Valdes** | Case number *(if known)* | |
| | **Ana Maria Aldana** | | |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52  **Artifact LLC**<br>14113 Robert Paris Ct #103<br>Chantilly, VA 20151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.62___<br>☐ Schedule G _____<br>**Potomac Valley Brick & Supply** |
| 3.53  **Artifact LLC**<br>14113 Robert Paris Ct #103<br>Chantilly, VA 20151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.63___<br>☐ Schedule G _____<br>**Prime Rate Premium Corporation** |
| 3.54  **Artifact LLC**<br>14113 Robert Paris Ct #103<br>Chantilly, VA 20151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.64___<br>☐ Schedule G _____<br>**Sotheby Floors** |
| 3.55  **Artifact LLC**<br>14113 Robert Paris Ct #103<br>Chantilly, VA 20151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.66___<br>☐ Schedule G _____<br>**Su Mya Lin** |
| 3.56  **Artifact LLC**<br>14113 Robert Paris Ct #103<br>Chantilly, VA 20151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>**The Roof Center** |
| 3.57  **Artifact LLC**<br>14113 Robert Paris Ct #103<br>Chantilly, VA 20151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>**Top Quality Kitchen Granite** |
| 3.58  **Artifact LLC**<br>14113 Robert Paris Ct #103<br>Chantilly, VA 20151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>**Total Lawn Care** |
| 3.59  **Artifact LLC**<br>14113 Robert Paris Ct #103<br>Chantilly, VA 20151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>**Trim & Carpentry Inc.** |

Debtor 1 **Pedro Felipe Valdes**
**Ana Maria Aldana**

Case number *(if known)*

---

| **Additional Page to List More Codebtors** | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.60 **Artifact LLC**
**14113 Robert Paris Ct #103**
**Chantilly, VA 20151**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.72**___
☐ Schedule G _____
**Vector Security**

---

3.61 **Artifact LLC**
**14113 Robert Paris Ct #103**
**Chantilly, VA 20151**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.73**___
☐ Schedule G _____
**Vector Security**

---

3.62 **Artifact LLC**
**14113 Robert Paris Ct #103**
**Chantilly, VA 20151**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.74**___
☐ Schedule G _____
**Vivian Pan**

---

3.63 **Artifact LLC**
**14113 Robert Paris Ct #103**
**Chantilly, VA 20151**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.76**___
☐ Schedule G _____
**WizdomBridge LLC**

---

3.64 **Artifact LLC**
**14113 Robert Paris Ct #103**
**Chantilly, VA 20151**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.77**___
☐ Schedule G _____
**Yang & Nick Jin**

---

3.65 **Artifact LLC**
**14113 Robert Paris Ct #103**
**Chantilly, VA 20151**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.80**___
☐ Schedule G _____
**Zhongren Gu**

---

3.66 **Artifact LLC**
**14113 Robert Paris Ct #103**
**Chantilly, VA 20151**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.79**___
☐ Schedule G _____
**Zhen Yang**

---

3.67 **Artifact LLC**
**14113 Robert Paris Ct #103**
**Chantilly, VA 20151**

■ Schedule D, line ___**2.1**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Botero Homes, LLC**

---

Debtor 1   **Pedro Felipe Valdes**
**Ana Maria Aldana**

Case number *(if known)* _____

████ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.68   **Artifact LLC** <br> **14113 Robert Paris Ct #103** <br> **Chantilly, VA 20151** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line __4.65__ <br> ☐ Schedule G _____ <br> **Spatzio Concepts** |
| 3.69   **Artifact LLC** <br> **14113 Robert Paris Ct #103** <br> **Chantilly, VA 20151** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line __4.37__ <br> ☐ Schedule G _____ <br> **Homayoun Talieh** |
| 3.70   **Artifact LLC** <br> **14113 Robert Paris Ct #103** <br> **Chantilly, VA 20151** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line __4.23__ <br> ☐ Schedule G _____ <br> **Constanza Patterson** |
| 3.71   **Artifact LLC** <br> **14113 Robert Paris Ct #103** <br> **Chantilly, VA 20151** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line __4.8__ <br> ☐ Schedule G _____ <br> **Ana Maria Brockmann Quiroga** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Pedro Felipe Valdes** |
| Debtor 2<br>(Spouse, if filing) | **Ana Maria Aldana** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income                                            12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **General Contractor** | **Spanish Teacher** |
| | Employer's name | **Artifact LLC** | **Paul VI Catholic High School** |
| | Employer's address | **14113 Robert Paris Ct #103<br>Chantilly, VA 20151** | **10675 Fairfax Blvd<br>Fairfax, VA 22030** |
| | How long employed there? | **2.5 years** | **7 Years** |

### Part 2:        Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **3,955.00** | $ **4,601.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **3,955.00** | $ **4,601.00** |

| Debtor 1 | **Pedro Felipe Valdes** |
|---|---|
| Debtor 2 | **Ana Maria Aldana** |

Case number (*if known*) _____

|  |  | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | | $ **3,955.00** | $ **4,601.00** |

5. **List all payroll deductions:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **1,500.00** | $ **477.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **54.50** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify:   **Health Insurance** | 5h.+ | $ **0.00** + | $ **860.38** |

| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **1,500.00** | $ **1,391.88** |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **2,455.00** | $ **3,209.12** |

8. **List all other income regularly received:**

| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **1,200.00** | $ **0.00** |
|---|---|---|---|---|
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ **0.00** + | $ **0.00** |

| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **1,200.00** | $ **0.00** |
|---|---|---|---|---|

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **3,655.00** + | $ **3,209.12** = | $ **6,864.12** |
|---|---|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12. $ **6,864.12**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Pedro Felipe Valdes** |
| Debtor 2 (Spouse, if filing) | **Ana Maria Aldana** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                            12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

    ■ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

    Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

    Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Daughter | 20 | ☐ No  ■ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ☐ No   ■ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.  $ | **4,500.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a.  $ | **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b.  $ | **100.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.  $ | **100.00** |
| 4d. | Homeowner's association or condominium dues | 4d.  $ | **134.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5.  $ | **668.00** |

| Debtor 1 | **Pedro Felipe Valdes** | | |
|---|---|---|---|
| Debtor 2 | **Ana Maria Aldana** | Case number (if known) | |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 300.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 50.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 350.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 600.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 70.00 |
| 10. | **Personal care products and services** | | 10. $ | 200.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 427.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  **Taxes not deducted from wages (Felipe)** | | 16. $ | 1,500.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 489.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 1,043.20 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 100.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 212.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses.** | | | |
| | 22a. Add lines 4 through 21. | | $ | 11,343.20 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 11,343.20 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | 6,864.12 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 11,343.20 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | -4,479.08 |
| 24. | **Do you expect an increase or decrease in your expenses within the year after you file this form?** For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage? | | | |

■ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Pedro Felipe Valdes** |
| | First Name　　　　　　Middle Name　　　　　　Last Name |
| Debtor 2 | **Ana Maria Aldana** |
| (Spouse if, filing) | First Name　　　　　　Middle Name　　　　　　Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

<u>Official Form 106Dec</u>
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| X **/s/ Pedro Felipe Valdes** | X **/s/ Ana Maria Aldana** |
| **Pedro Felipe Valdes** | **Ana Maria Aldana** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **September 28, 2018** | Date **September 28, 2018** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Pedro Felipe Valdes** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ana Maria Aldana** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

   ■ Married
   ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $36,500.00 | ■ Wages, commissions, bonuses, tips | $29,525.00 |
| | ■ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Pedro Felipe Valdes** |
|---|---|
| Debtor 2 | **Ana Maria Aldana** |

Case number *(if known)* _____

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2017 )** | ☐ Wages, commissions, bonuses, tips | $77,615.00 | ■ Wages, commissions, bonuses, tips | $55,223.00 |
|  | ■ Operating a business |  | ☐ Operating a business |  |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2016 )** | ☐ Wages, commissions, bonuses, tips | $82,520.00 | ■ Wages, commissions, bonuses, tips | $56,357.00 |
|  | ■ Operating a business |  | ☐ Operating a business |  |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.   Go to line 7.
■ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|
| **Nationstar Mortgage**<br>**350 Highland Rd.**<br>**Houston, TX 77067** | 7/20/18, 9/9/18 | $6,800.00 | $561,137.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Debtor 1    **Pedro Felipe Valdes**
Debtor 2    Ana Maria Aldana

Case number (*if known*) _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Ocwen Loan Servicing**<br>PO Box 660264<br>**Dallas, TX 75266** | 7/1/18, 8/1/18 &<br>9/1/18 | **$2,500.00** | **$165,763.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Homayoun Talieh** | 8/18 | **$7,000.00** | **$35,000.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Botero Homes<br>v.<br>Artifact LLC, et al.<br>CL-2018-12791** | **Confessed Judgment** | **Fairfax County Circuit Court<br>4110 Chain Bridge Rd.<br>Fairfax, VA 22030** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**In Course** |
| **BMC East LLC<br>v.<br>Artifact LLC, Felipe Valdes, Juan Valdes<br>CL-2018-11339** | **Confession of Judgment** | **Fairfax County Circuit Court<br>4110 Chain Bridge Rd.<br>Fairfax, VA 22030** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | **Pedro Felipe Valdes** |
|---|---|
| Debtor 2 | **Ana Maria Aldana** |

Case number *(if known)* _____

---

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ■ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ■ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ■ No
- ☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ■ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ☐ No
- ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Dioceses of Arlington** | **Bishop's Lenten Appeal** | **December 2015** | **$1,200.00** |

---

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ■ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Pedro Felipe Valdes** | |
|---|---|---|
| Debtor 2 | **Ana Maria Aldana** | Case number (*if known*) _____ |

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Henry & O'Donnell, P.C.<br>Kevin M. O'Donnell, Esq.<br>300 N. Washington St.<br>Suite 204<br>Alexandria, VA 22314<br>kmo@henrylaw.com** | | **9/15/18** | **$3,500.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Ted Britt Automotive<br>4175 Auto Park Ciircle<br>Chantilly, VA 20151** | **Ford Explorer 2013** | **$12,500.00 gross, less auto loan payoff of app. $3,000.00** | **8/2018** |
| **Francis Rheault<br>via eBay** | **Harley Davidson 2003 Motorcycle** | **$6,245** | **9/2018** |
| **Edwin Javier Villatoro<br>6110 The Parkway<br>Alexandria, VA 22310** | **Yamaha 2000 Boat with Trailer** | **$3,000.00** | **9/2018** |
| **Jeffrey Baldauf** | **1995 Honda Goldwing** | **$2,325.00** | **09/27/18** |
| **None** | | | |

| Debtor 1 | **Pedro Felipe Valdes** |
|---|---|
| Debtor 2 | **Ana Maria Aldana** |

Case number (*if known*)

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No

☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No

☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No

☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No

☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

■ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **JP Valdes** **14531 Old Mill Rd.** **Centreville, VA 20121** | | **Miscellaneous household furniture.** | **Unknown** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Pedro Felipe Valdes**

Debtor 2    **Ana Maria Aldana**

Case number *(if known)*

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.    Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ **No**

☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.    Have you notified any governmental unit of any release of hazardous material?

■ **No**

☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.    Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ **No**

☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27.    Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN<br><br>Dates business existed |
|---|---|---|
| **Artifact LLC**<br>**14113 Robert Paris Ct #103**<br>**Chantilly, VA 20151** | **Contruction Managar Co**<br><br>**Felipe Valdes** | EIN:    **47-2485009**<br><br>From-To    **February 2014 to Present** |

Debtor 1    **Pedro Felipe Valdes**
Debtor 2    **Ana Maria Aldana**

Case number *(if known)* _____

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Botero Homes LLC**<br>**11150 Sunset Hills Rd**<br>**#309**<br>**Reston, VA 20190** | **Builder**<br><br>**Edgar Naranjo** | EIN: _____<br><br>From-To    **March 2010 to Present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ **No**
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Pedro Felipe Valdes** _____     **/s/ Ana Maria Aldana** _____
**Pedro Felipe Valdes**                                                      **Ana Maria Aldana**
**Signature of Debtor 1**                                                   **Signature of Debtor 2**

Date    **September 28, 2018** _____     Date    **September 28, 2018** _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Pedro Felipe Valdes** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Ana Maria Aldana** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Botero Homes, LLC**<br><br>Description of property securing debt: **14531 Old Mill Rd Centreville, VA 20121  Fairfax County** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Credit Acceptance Corp.**<br><br>Description of property securing debt: **2003 Hummer H2 126,800 miles** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **MGC Mortgage**<br><br>Description of property: **14531 Old Mill Rd Centreville, VA 20121  Fairfax County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 1

Debtor 1    **Pedro Felipe Valdes**
Debtor 2    **Ana Maria Aldana**                                                    Case number *(if known)*

securing debt:                                    Retain & continue making payments

---

Creditor's      **Nationstar Mortgage**          ☐ Surrender the property.              ☐ No
name:                                            ☐ Retain the property and redeem it.
                                                 ☐ Retain the property and enter into a    ■ Yes
Description of  **14531 Old Mill Rd Centreville,**     *Reaffirmation Agreement.*
property        **VA 20121  Fairfax County**      ■ Retain the property and [explain]:
securing debt:                                        Retain & continue making payments

---

Creditor's      **Ocwen Loan Servicing**         ☐ Surrender the property.              ☐ No
name:                                            ☐ Retain the property and redeem it.
                                                 ☐ Retain the property and enter into a    ■ Yes
Description of  **13264 Poener Road Herndon,**        *Reaffirmation Agreement.*
property        **VA 20170  Fairfax County**      ■ Retain the property and [explain]:
securing debt:                                        Retain & continue making payment

---

Creditor's      **Specialized Loan Services**    ☐ Surrender the property.              ☐ No
name:                                            ☐ Retain the property and redeem it.
                                                 ☐ Retain the property and enter into a    ■ Yes
Description of  **13264 Poener Road Herndon,**        *Reaffirmation Agreement.*
property        **VA 20170  Fairfax County**      ■ Retain the property and [explain]:
securing debt:                                        Retain & continue making payments

---

**Part 2:**    **List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Lessor's name:                                                          ☐ No
Description of leased
Property:                                                               ☐ Yes

Lessor's name:                                                          ☐ No
Description of leased
Property:                                                               ☐ Yes

Lessor's name:                                                          ☐ No
Description of leased
Property:                                                               ☐ Yes

Lessor's name:                                                          ☐ No
Description of leased
Property:                                                               ☐ Yes

Lessor's name:                                                          ☐ No
Description of leased
Property:                                                               ☐ Yes

Lessor's name:                                                          ☐ No

---

Official Form 108              **Statement of Intention for Individuals Filing Under Chapter 7**              page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Pedro Felipe Valdes** | | |
|---|---|---|---|
| Debtor 2 | **Ana Maria Aldana** | Case number *(if known)* | |

Description of leased
Property:                            ☐ Yes

Lessor's name:
Description of leased                           ☐ No
Property:                            ☐ Yes

---

**Part 3:**   **Sign Below**

---

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| **X** /s/ Pedro Felipe Valdes | **X** /s/ Ana Maria Aldana |
|---|---|
| **Pedro Felipe Valdes** | **Ana Maria Aldana** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date   **September 28, 2018** | Date   **September 28, 2018** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Pedro Felipe Valdes**
       **Ana Maria Aldana**                                 Case No.

                                        Debtor(s)          Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **3,500.00** |
    | Prior to the filing of this statement I have received | $ | **3,500.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other *(specify)*

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other *(specify)*

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Other provisions as needed:

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Any representation in contested matters, adversary proceedings or other litigation.**

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 28, 2018** | **/s/ Kevin M. O'Donnell** |
| *Date* | **Kevin M. O'Donnell 30086** |
| | *Signature of Attorney* |
| | |
| | **Henry & O'Donnell, PC** |
| | *Name of Law Firm* |
| | **300 N. Washington Street** |
| | **Suite 204** |
| | **Alexandria, VA 22314** |
| | **(703)548-2100  Fax: (703)548-2105** |

---

**For use in Chapter 13 Cases where Fees Requested *Not in Excess of $5,223*
*(For all Cases Filed on or after 01/01/2018)***

## NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND
## CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

| | |
|---|---|
| *Date* | *Signature of Attorney* |

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| **Debtor 1**    **Pedro Felipe Valdes** | ■ 1. There is no presumption of abuse |
| **Debtor 2**    **Ana Maria Aldana** <br>(Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the:   Eastern District of Virginia | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number <br>(if known) | ☐ Check if this is an amended filing |

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:      Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A <br>Debtor 1 | Column B <br>Debtor 2 or <br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $    0.00 | $    0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $    0.00 | $    0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $    0.00 | $    0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $   0.00 | | |
| Ordinary and necessary operating expenses | -$   0.00 | | |
| Net monthly income from a business, profession, or farm | $   0.00 | Copy here -> $    0.00 | $    0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $   0.00 | | |
| Ordinary and necessary operating expenses | -$   0.00 | | |
| Net monthly income from rental or other real property | $   0.00 | Copy here -> $    0.00 | $    0.00 |

| 7. **Interest, dividends, and royalties** | $    0.00 | $    0.00 |
|---|---|---|

| Debtor 1 | **Pedro Felipe Valdes** | |
|---|---|---|
| Debtor 2 | **Ana Maria Aldana** | Case number (if known) _____ |

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. | **Unemployment compensation** | $ _____ 0.00 | $ _____ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ _____ 0.00 |
| For your spouse | $ _____ 0.00 |

| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ _____ 0.00 | $ _____ 0.00 |
|---|---|---|---|
| 10. | **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below. | | |
|  | . | $ _____ 0.00 | $ _____ 0.00 |
|  |  | $ _____ 0.00 | $ _____ 0.00 |
|  | Total amounts from separate pages, if any. | + $ _____ 0.00 | $ _____ 0.00 |

| 11. | **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ _____ 0.00 | + | $ _____ 0.00 | = | $ _____ 0.00 |
|---|---|---|---|---|---|---|

Total current monthly income

---

**Part 2:** | **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ........................... **Copy line 11 here=>**  $ _____ 0.00

Multiply by 12 (the number of months in a year)  **x 12**

12b. The result is your annual income for this part of the form  12b. $ _____ 0.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.  **VA**

Fill in the number of people in your household.  **5**

Fill in the median family income for your state and size of household.  13. $ _____ **111,949.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

**Part 3:** | **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

| X **/s/ Pedro Felipe Valdes** | X **/s/ Ana Maria Aldana** |
|---|---|
| **Pedro Felipe Valdes** | **Ana Maria Aldana** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **September 28, 2018** | Date **September 28, 2018** |
| MM / DD / YYYY | MM / DD  / YYYY |

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.**
> *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

### Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

<div style="border:1px solid gray">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Agricultural Federal Credit Un
PO Box 2225
Merrifield, VA 22116


Airtron Mid-Atlantic
5123 Pegasus Ct., Ste. M
Frederick, MD 21704


Alejandro Painting
505 S Lee Rd.
Sterling, VA 20164


Alina Hu
1718 Chateau Ct.
Mc Lean, VA 22101


Allied Interior Products
21 Lawson Rd., Ste. A
Leesburg, VA 20175


Allstate Insurance Co.
9316 Old Keene Mill Rd
Chantilly, VA 20151


Amex DSNB
PO Box 8218
Mason, OH 45040


Ana Maria Brockmann Quiroga
5750 Colchester Road
Fairfax, VA 22030


Appliance Connection
13851 Telegraph Rd.
Woodbridge, VA 22192


AR Jon Portable Toilet
327 Owaisssa Rd. SE
Vienna, VA 22180


AR Remodeling
148 Cabbel Dr.
Manassas, VA 20111

Artifact LLC
14113 Robert Paris Ct #103
Chantilly, VA 20151


AT&T
4331 Communications Dr.
Floor 4W
Dallas, TX 75211


BlueLine Rental
PO Box 840062
Dallas, TX 75284


BMC East LLC
10589 Redoubt Rd.
Manassas, VA 20110


Botero Homes, LLC
11150 Sunset Hills Road
#309
Reston, VA 20190


BrainWave Advisors LLC
1227 San Filippo Ct.
San Jose, CA 95128-4053


Brian & Jennifer Yi
11335 Vale Rd.
Mc Lean, VA 22101


Brian Yan
11335 Vale Rd.
Falls Church, VA 22046


Brickwall Printing & Graphics
14088-D Sullyfield Cir.
Chantilly, VA 20151


Bull Run CADD
8512 Craggan Ln.
Manassas, VA 20109


Capital One

Choice Stairways
231 Bugeye Square
Prince Frederick, MD 20678


Claudia Hoffman
2825 Aquarius Ave.
Silver Spring, MD 20906


Constanza Patterson
1434 Cola Dr.
Mc Lean, VA 22101


Construction Inspection Svcs
31 Sycolin Rd.
Leesburg, VA 20175


Credit Acceptance Corp.
PO Voz 551888
Detroit, MI 48255


Davenport Tru Team
7400 Gateway Ct.
Manassas, VA 20109


Delta Concrete
10480 Colonel Ct.
Manassas, VA 20110


Demarr Construction
2504 Moon Drive
Falls Church, VA 22043


Dept of Education/Nelnet
3015 Parker Rd., #400
Aurora, CO 80014


Dongmei Zhang
6803 Lumsden St.
Mc Lean, VA 22101


Era Cabinets
2408 Columbia Pike
Arlington, VA 22204

Escalera Plumbing LLC
1335 North Cottage Rd.
Sterling, VA 20164


Feng Lui & Nan Yang
1409 Cola Dr.
Mc Lean, VA 22101


Fireside Hearth & Home
10126 Harry J. Parrish Blvd.
Manassas, VA 20110


Frank Antezana & D. Versalovic
5750 Colchester Road
Mc Lean, VA 22101


Givago Growth
1434 Cola Dr.
Mc Lean, VA 22101


H&L Electric
2390 Generation Dr.
Reston, VA 20191


Homayoun Talieh
19908 Bella Vista Ave.
Saratoga, CA 95070


Home Depot
PO Box 9001030
Louisville, KY 40290


Inova Engineering
25209 Larks Terrace
Chantilly, VA 20152


Internal Revenue Service
2970 Market St.
Philadelphia, PA 19104


Internal Revenue Service
Austin, TX 73301-0010

iTech AG, LLC
1621 N Kent St. #815
Arlington, VA 22209


Jeffrey Neilsen
5801 Malvern Hill Ct.
Haymarket, VA 20169


Jennifer Guo Spinelli
2233 Whitcomb Pl.
Falls Church, VA 22046


Jim Xi
1726 Lansing Ct.
Mc Lean, VA 22101


Jin Li
6809 Karlson St.
Mc Lean, VA 22101


Jingjing Ye
1710 Warner Ave.
Mc Lean, VA 22101


JK Glass LLC
3941 Persimmon Dr., Ste. 101
Fairfax, VA 22031


JP Masonry
6004 Artemus Rd.
Gainesville, VA 20155


JP Valdes
6802 Van Fleet Dr.
Mc Lean, VA 22101


Juan P. Valdez
1434 Cola Dr.
Mc Lean, VA 22101


KNF Engineering
42687 Leaflet Ln.
South Riding, VA 20152

Larry Zhang
7324 Old Dominion Dr.
Mc Lean, VA 22101


LoanMe
PO Box 5645
Orange, CA 92863


Lucy Sun
6809 Churchill Rd.
Mc Lean, VA 22102


Macy's
PO Box 8218
Mason, OH 45040


Marble Solutions
13825 Redskin Dr.
Herndon, VA 20171


Matthew Zhao
1036 Carper St.
Mc Lean, VA 22101


MGC Mortgage
1 Corporate Dr. #360
Lake Zurich, IL 60047


MM Electric
6603 Fisher Ave.
Falls Church, VA 22046


Nationstar Mortgage
350 Highland Rd.
Houston, TX 77067


Ngoc Le
7204 Beverly St.
Annandale, VA 22003


NOVA Homes Investors
5730 Walcott Ave.
Fairfax, VA 22030

Ocwen Loan Servicing
P.O. Box 660264
Dallas, TX 75266


PayPal Credit
PO Box 71202
Charlotte, NC 28272


Ping Mu
821 Leigh Mill Rd.
Great Falls, VA 22066


Potomac Valley Brick & Supply
15810 Indianola Dr., Ste. 100
Rockville, MD 20855


Prime Rate Premium Corporation
PO Box 580016
Florence, SC 29502


Sotheby Floors
12079 Cadet Ct.
Manassas, VA 20109


Spatzio Concepts
19908 Bella Vista Ave.
Saratoga, CA 95070


Specialized Loan Services
P.O. Box 105219
Atlanta, GA 30348


Su Mya Lin
9430 River Rd.
Potomac, MD 20854


TD Bank
PO Box 218
Lewiston, ME 04243


The Roof Center
5900 Farrington Ave.
Alexandria, VA 22304

Top Quality Kitchen Granite
& Marble
14041 Willard Rd.
Chantilly, VA 20151


Total Lawn Care
PO Box 11163
Manassas, VA 20113


Trim & Carpentry Inc.
2623 Arlington Dr., Apt. 102
Alexandria, VA 22306


Vector Security
2000 Ericsson Dr.
Warrendale, PA 15086


Vector Security
2001 Ericsson Dr.
Warrendale, PA 15086


Virginia Department of Tax
PO Box 2369
Richmond, VA 23218


Vivian Pan
7010 Churchill Rd.
Mc Lean, VA 22101


Weilong Wang
6446 Divine St
McLean, VA 20121


WizdomBridge LLC
22059 Autction Barn Dr.
Ashburn, VA 22059


Yang & Nick Jin
7407 Bethune St.
Falls Church, VA 22043


Ying Zhao
7102 Sea Cliff Road
Mc Lean, VA 22101

Zhen Yang
4613 Carisbrooke Ln.
Fairfax, VA 22030


Zhongren Gu
1932 Beaver Ln.
Mc Lean, VA 22101