# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| VALDES, PEDRO FELIPE ) | Case No. 18-13291-BFK |
| ALDANA, ANA MARIA ) | Chapter 7 |
| ) | |
| Debtor ) | |

## RESIGNATION OF TRUSTEE

The undersigned hereby resigns as Chapter 7 trustee in this case.

        Respectfully submitted,

        THE MEIBURGER LAW FIRM, P.C.

Dated: October 17, 2018        By /s/ Janet M. Meiburger
        Janet M. Meiburger, Esq., VSB No. 31842
        The Meiburger Law Firm, P.C.
        1493 Chain Bridge Road, Suite 201
        McLean, Virginia 22101
        (703) 556-7871
        Chapter 7 Trustee

_____
Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 17th day of October, 2018, a true and correct copy of the foregoing Resignation of Trustee will be served by ECF e-mail pursuant to the applicable Standing Order of the Court.

       /s/ Janet M. Meiburger
       Janet M. Meiburger