# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:

**Pedro Felipe Valdes**
**Ana Maria Aldana**,

        Debtors.

Case No. 18-13291-KHK

Chapter 7

## ORDER EXTENDING TIME TO OBJECT TO DISCHARGE

A hearing having been held on February 12, 2019 to consider the Acting United States Trustee's Motion To Extend The Time To File a Complaint Objecting to Discharge of the Debtors. Jack Frankel was present at the hearing representing the Acting United States Trustee. The Court finding that there is just and sufficient cause, pursuant to Rule 4004(b) to extend the time to object to the discharge of the debtors.

IT IS HEREBY **ORDERED** THAT:

1. The Acting United States Trustee shall have until *MAY 6, 2019* to object to the discharge of the debtors pursuant to § 727(a) of the United States Bankruptcy Code;

2. No discharge shall be granted to the debtor pending resolution of this matter.

Date: Feb 26 2019

/s/ Klinette Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: February 26, 2019

| I ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| JOHN P. FITZGERALD, III, | |
| United States Trustee, Region 4 | PEDRO FELIPE VALDES |
| | ANA MARIA ALDANA |
| BY: */s/ Joseph A. Guzinski* | |
| Joseph A. Guzinski, Asst. U.S. Trustee | BY: */s/ Kevin M. O'Donnell (with permission)* |
| 1725 Duke St., Suite 650 | Kevin M. O'Donnell |
| Alexandria, VA 22314 | Henry & O'Donnell, P.C. |
| (703) 557-7176 | 300 N. Washington, St., Suite 204 |
| joseph.a.guzinski@usdoj.gov | Alexandria, VA 22314 |
| *Counsel for the U.S. Trustee* | (703) 548-2100 |
| | kmo@henrylaw.com |
| | *Counsel for Debtor* |

COPIES TO:

Pedro Filipe Valdes
Ana Maria Aldana
14531 Old Mill Rd.
Centreville, VA  20121
*Debtors*

Kevin M. O'Donnell
Henry & O'Donnell, P.C.
300 N. Washington Street, Suite 204
Alexandria, VA  22314
*Counsel for Debtors*

Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct.
Vienna, VA 22182
*Chapter 7 Trustee*

Joseph A. Guzinski
Asst. United States Trustee
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
*Counsel for the Acting United States Trustee*